IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> MCRICKARD, MARY ANN <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 06-71606 MB <br><br> Judge Manuel Barbosa |

## TRUSTEE'S FINAL REPORT (PRE-DISTRIBUTION REPORT)

To:    THE HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES <u>JAMES E. STEVENS</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on <u>09/01/06</u>. The Trustee was appointed on 09/01/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of September 6, 2007 is as follows:

   a.    RECEIPTS (See Exhibit C)                                  $    6,512.92

   b.    DISBURSEMENTS (See Exhibit C)                             $       12.19

EXHIBIT A

|   |   |   |   |
|---|---|---|---|
| c. | NET CASH available for distribution | $ | 6,500.73 |
| d. | ADMINISTRATIVE EXPENSES: | | |

    1.     Trustee compensation requested (See Exhibit E)    $    1,401.29
    2.     Trustee Expenses (See Exhibit E)    $    0.00
    3.     Compensation requested by attorney or other professionals for trustee (See Exhibit F)    $    827.00

    4.     Other unpaid administrative expenses (See Exhibit G)$ _____

5. The Bar Date for filing unsecured claims expired on 01/12/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee, and a report is attached as Exhibit E. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 2,228.29 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 13,866.17 |

7. Trustee proposes that unsecured creditors receive a distribution of 30.81% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $827.00.

9. A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

EXHIBIT A

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

DATE: September 6, 2007

RESPECTFULLY SUBMITTED:

_____
JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtor's assets.

3. Open and maintain bank accounts

4. Obtain FEIN

5. Prepare Trustee's reporting forms including semi-annuals.

6. Correspondence to U.S. Trustee's Office.

7. Telephone conference with Debtor's attorney.

8. Preparation of Asset Notice and filing of same.

9. Telephone conversations with creditors.

10. Correspondence to Debtor's attorney.

11. Issue payments by Trustee.

12. Determination of estate tax liability.

13. Preparation of Trustee Final Report.

EXHIBIT A

Law Offices
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
6833 Stalter Drive, First Floor
Rockford, IL  61108
(815) 962-6611    FAX (815) 962-0687
FEIN 36-2408289

---

MARYANN MCRICKARD

PAGE: 1
09/06/2007
ACCOUNT NO:    74714-001Z
STATEMENT NO:    1

TRUSTEE CASE - TRUSTEE TIME

JAMES E. STEVENS

INTERIM STATEMENT

|  |  |  | Rate |  |  |
|---|---|---|---|---|---|
| 10/01/2006 | JES | RECEIVE AND REVIEW PETITION AND SCHEDULES | 0.00 | 0.30 |  |
| 10/05/2006 | JES | 341 MEETING | 0.00 | 0.30 |  |
| 10/12/2006 | JES | ASSET NOTICE | 0.00 | 0.30 |  |
| 07/03/2007 | JES | RECEIVE AND REVIEW CLAIMS | 0.00 | 1.00 |  |
| 09/03/2007 | JES | PREPARATION OF FINAL REPORT | 0.00 | 1.00 |  |
|  |  | James E. Stevens (JES) |  | 2.90 | 0.00 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 2.90 | 0.00 |

| TIMEKEEPER | HOURLY RATE | TOTAL |
|---|---|---|
| James E. Stevens (JES) | 2.90    $0.00 | $0.00 |

BALANCE DUE                                                             $0.00

## **TRUSTEE'S NARRATIVE REPORT**

Re:   Mary Ann McRickard, Bankruptcy
      Case No. 06-71606

The Maryann McRickard case also has a companion case, the Debtor's spouse, Thomas McRickard (case no.07-70120). Both Thomas and Maryann McRickard were joint owners of real estate which had equity over and above liens and their exemptions. The Debtors filed separately at the request of the U.S. Trustee's Office.

Prior to receiving appointment in this case, the Debtors' attorney, Brad Waller, contacted the Trustee to describe the circumstances surrounding the case. The Trustee's activity in the Thomas McRickard case involved phone conferences with the Debtors' attorney, receipt and review of the Petition and Schedules, receipt of market analysis of the Debtors' residence and an analysis of equity for the bankruptcy estate.

Proof of Claims were wrongly filed in Mary Ann McRickard's bankruptcy estate which were proper claims in the Thomas McRickard case. It, therefore, necessitated the employment of the attorney to file the necessary objection to Claims.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-71606 MB | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | MCRICKARD, MARY ANN | Filed (f) or Converted (c): | 09/01/06 (f) |
| | | §341(a) Meeting Date: | 10/05/06 |
| Period Ending: | 09/06/07 | Claims Bar Date: | 01/12/07 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 321 W. Exchange Street | 190,000.00 | 6,500.00 | DA | 6,500.00 | FA |
| 2 | checking account | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account Castle Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | misc. furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Nissan Quest | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2006 Pontiac G6 | 15,590.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1991 Chevy Corsica | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Bayliner Runabout | 9,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.92 | FA |
| 12 | Assets  Totals (Excluding unknown values) | $235,190.00 | $6,500.00 | | $6,512.92 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 09/06/2007 11:44 AM   V.9.55

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-71606 MB | Trustee: | (330420) JAMES E. STEVENS |
| Case Name: | MCRICKARD, MARY ANN | Filed (f) or Converted (c): | 09/01/06 (f) |
| | | §341(a) Meeting Date: | 10/05/06 |
| Period Ending: | 09/06/07 | Claims Bar Date: | 01/12/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   June 30, 2007              Current Projected Date Of Final Report (TFR):   September 6, 2007 (Actual)

.

Printed: 09/06/2007 11:44 AM   V.9.55

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-71606 MB | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MCRICKARD, MARY ANN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****14-65 - Money Market Account |
| Taxpayer ID #: | 13-7567076 | | Blanket Bond: | $152,000.00  (per case limit) |
| Period Ending: | 09/06/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/07 | {1} | Mary Ann McRickard | monies for equity in house | 1110-000 | 6,500.00 | | 6,500.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.73 | | 6,501.73 |
| 06/04/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2007 FOR CASE #06-71606, Bond #016018067 term: 6/1/07 to 6/1/08 | 2300-000 | | 12.19 | 6,489.54 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.35 | | 6,492.89 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.69 | | 6,496.58 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.58 | | 6,500.16 |
| 09/06/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.57 | | 6,500.73 |
| 09/06/07 | | To Account #*********1466 | tranfser to close money market account | 9999-000 | | ! 6,500.73 | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 6,512.92 | 6,512.92 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,500.73 | |
| **Subtotal** | 6,512.92 | 12.19 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,512.92** | **$12.19** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 09/06/2007 11:44 AM    V.9.55

Page: 2

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-71606 MB | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | MCRICKARD, MARY ANN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*14-66 - Checking Account |
| Taxpayer ID #: | 13-7567076 | Blanket Bond: | $152,000.00  (per case limit) |
| Period Ending: | 09/06/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/07 | | From Account #\*\*\*\*\*\*\*\*1465 | tranfser to close money market account | 9999-000 ! | 6,500.73 | | 6,500.73 |
| | | | ACCOUNT TOTALS | | 6,500.73 | 0.00 | $6,500.73 |
| | | | Less: Bank Transfers | | 6,500.73 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*14-65 | 6,512.92 | 12.19 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*14-66 | 0.00 | 0.00 | 6,500.73 |
| | $6,512.92 | $12.19 | $6,500.73 |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 09/06/2007 11:44 AM   V.9.55

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>MCRICKARD, MARY ANN<br><br>Debtor(s) | CASE NO. 06-71606 MB<br><br>Judge Manuel Barbosa |

## DISTRIBUTION REPORT

I, **JAMES E. STEVENS**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $ 2,228.29 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)&(9)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims: | $ 4,272.44 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 6,500.73** |

EXHIBIT D

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

  a. $2,228.29 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | JAMES E. STEVENS | 1,401.29 | 1,401.29 |
| | Barrick, Switzer, Long, Balsley & Van Evera | 827.00 | 827.00 |
| | TOTAL | $ | 2,228.29 |

  b. $4,272.44 for general unsecured creditors who have filed claims allowed in the total amount of $13,866.17, yielding a dividend of 30.81%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $13,866.17 | 30.81% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation | 1,921.07 | 591.93 |
| 3 | Discover Bank/Discover Financial Services | 6,592.39 | 2,031.24 |
| 4 | Recovery Management Systems Corporation | 1,587.42 | 489.11 |
| 5 | Recovery Management Systems Corporation | 1,190.44 | 366.80 |
| 11 | Kohls/Chase Bank USA,N.A. | 1,051.24 | 323.91 |
| 14 | B-Line, LLC/Target National Bank,Target,Visa | 1,523.61 | 469.45 |
| | TOTAL | $ | 4,272.44 |

  The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 1 | Chase Automotive Finance Corp % Mary Lautenbach / Nat'l BK Dept 201 N Central Ave AZ1--1191 | $ 15,859.19 | Disallowed |

| | | | | |
|---|---|---|---:|---|
| Unsecured | 6 | Phoenix, AZ 85004<br>Citibank South Dakota N.A.<br>dba Sears<br>PO Box 182149<br>Columbus, OH 43218 | $ 5,208.58 | Disallowed |
| Unsecured | 7 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | $ 12,412.97 | Disallowed |
| Unsecured | 8 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | $ 8,950.88 | Disallowed |
| Unsecured | 9 | Washington Mutual Bank<br>Mail Stop MB0119FL<br>3990 S Babcock St<br>Melbourne, FL 32901 | $ 30,359.82 | Disallowed |
| Unsecured | 10 | Household Bank (SB), N.A./Best Buy Co. Inc<br>eCAST Settlement Corporation<br>c/o Bass &<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $ 2,894.70 | Disallowed |
| Unsecured | 12 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 889016305 | $ 5,699.40 | Disallowed |
| Unsecured | 13 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | $ 11,716.05 | Disallowed |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 6, 2007

                               JAMES E. STEVENS, Trustee
                               BARRICK, SWITZER, LONG
                                BALSLEY & VAN EVERA
                                6833 Stalter Drive
                                Rockford, IL 61108

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MCRICKARD, MARY ANN

CASE NO. 06-71606 MB

Judge Manuel Barbosa

Debtor(s)

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:  HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES JAMES E. STEVENS, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,401.29 as compensation, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $6,512.92. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | |
|---|---|
| 25% of first $5,000.00 ($1,250.00 max.) | $ 1,250.00 |
| 10% of next $45,000.00 ($4,500.00 max.) | $ 151.29 |
| 5% of next $950,000.00 ($47,500.00 max.) | $ 0.00 |
| 3% of balance | $ 0.00 |
| TOTAL COMPENSATION | $ 1,401.29 |

A description of the nature of the services performed by the Trustee is attached.

EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MCRICKARD, MARY ANN

CASE NO. 06-71606 MB

Judge Manuel Barbosa

Debtor(s)

## APPLICATION OF TRUSTEE'S COUNSEL (OTHER PROFESSIONAL) FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:  HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

JAMES E. STEVENS, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 09/01/06. This Court on November 13, 2006 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $827.00 in compensation for 3.60 hours of services performed for the period October 5, 2006 through present.

3. Attached as Exhibit A is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4. The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Stephen G. Balsley | 1.00 | $225.00 | $225.00 |
| James E. Stevens | .90 | $225.00 | $202.50 |

EXHIBIT F

    James E. Stevens               1.70        $235.00        $399.50

5. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $827.00 for legal services rendered in this case.

Dated: September 6, 2007

RESPECTFULLY SUBMITTED,

_____
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108

EXHIBIT F

## **PROFESSIONAL FEES AND EXPENSES**

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| JAMES E. STEVENS | $ 0.00 | $ 1,401.29 | $ 1,401.29 |
| Barrick, Switzer, Long, Balsley & Van Evera | $ 0.00 | $ 827.00 | $ 827.00 |
| TOTALS | $ 0.00 | $ 2,228.29 | $ 2,228.29 |

EXHIBIT G

**Law Offices**
**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP**
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611    FAX (815) 962-0687
FEIN 36-2408289

---

MARYANN MCRICKARD

PAGE: 1
09/06/2007
ACCOUNT NO:    74714-000Z
STATEMENT NO:    1

TRUSTEE CASE - ATTORNEY TIME

INTERIM STATEMENT

JAMES E. STEVENS

Rate

| Date | | | | | |
|---|---|---|---|---|---|
| 11/13/2006 | SGB | COURT APPEARANCE ON MOTION TO EMPLOY ATTORNEYS; SUBMIT ORDER. | 225.00 | 1.00 | |
| | | Stephen G. Balsley (SGB) | | 1.00 | 225.00 |
| 10/05/2006 | JES | NOTICE, MOTION AND ORDER TO EMPLOY. | 225.00 | 0.70 | |
| 11/26/2006 | JES | CORRESPONDENCE TO DEBTOR'S ATTORNEY REGARDING SETTLEMENT. | 225.00 | 0.20 | |
| 03/15/2007 | JES | NOTICE, MOTION AND ORDER TO COMPROMISE. | 235.00 | 0.70 | |
| 04/09/2007 | JES | COURT HEARING REGARDING MOTION TO COMPROMISE. | 235.00 | 0.70 | |
| | JES | CORRESPONDENCE TO DEBTOR'S ATTORNEY REGARDING COURT HEARING AND PAYMENT. | 235.00 | 0.20 | |
| 04/18/2007 | JES | PHONE CONFERENCE WITH WALLER REGARDING PAYMENT OF FUNDS. | 235.00 | 0.10 | |

ACCOUNT NO: 74714-000Z
STATEMENT NO: 1

TRUSTEE CASE - ATTORNEY TIME

JAMES E. STEVENS

|  | Rate |  |  |
|---|---|---|---|
| James E. Stevens (JES) |  | 2.60 | 602.00 |
| **FOR CURRENT SERVICES RENDERED** |  | **3.60** | **827.00** |

| TIMEKEEPER | HOURLY RATE |  | TOTAL |
|---|---|---|---|
| Stephen G. Balsley (SGB) | 1.00 | $225.00 | $225.00 |
| James E. Stevens (JES) | 0.90 | 225.00 | 202.50 |
| James E. Stevens (JES) | 1.70 | 235.00 | 399.50 |

TOTAL CURRENT WORK　　　　　827.00

BALANCE DUE　　　　　$827.00

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT