Case Name:  McRICKARD, MARY ANN
Case No:    06 B 71606

# **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 9/19/07                       WILLIAM T. NEARY
                                   United States Trustee, Region 11


                              BY:    ___/s/_____
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee