IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MCRICKARD, MARY ANN

CASE NO. 06-71606 MB

Judge Manuel Barbosa

Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION,
(AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL  61101

   on:  October 24, 20007
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,401.29 | |
| Barrick, Switzer, Long, Balsley & Van Evera Trustee's Firm Legal | $ 0.00 | $ 827.00 | |

EXHIBIT A

4. The Trustee's Final Report shows total:

   a. Receipts                              $     6,512.92

   b. Disbursements                         $        12.19

   C. Net Cash Available for Distribution   $     6,500.73

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $4,272.44, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $13,866.17, resulting in an approximate distribution of 30.81% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 9/6/07

James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

1606   Doc 39   Filed 09/20/07   Entered 09/22/07 23:36:13   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cbachman              Page 1 of 2                Date Rcvd: Sep 20, 2007
Case: 06-71606                 Form ID: pdf002             Total Served: 38

The following entities were served by first class mail on Sep 22, 2007.
jdb         +Mary Ann McRickard,   321 W. Exchange Street,   Sycamore, IL 60178-1408
aty         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
tr          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
10895611     AT&T,   P.O. Box 44167,   Jacksonville, FL 32231-4167
10895613     Bank of America,   P.O. Box 1390,   Norfolk, VA 23501-1390
10895612     Bank of America,   FL9-600-02-26,   P.O. Box 45224,   Jacksonville, FL 32232-5224
10895614     Best Buy,   Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
10895615     Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
10895616     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
10895619    +Chase Automotive Finance Corp,   % Mary Lautenbach / Nat'l BK D,   201 N Central Ave  AZ1--1191,
              Phoenix, AZ 85004-0073
10999919    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11037002     Citibank (South Dakota) N.A.,   Exception Payment Processing,   P.O. Box 6305,
              The Lakes, NV 88901-6305
10981237    +Citibank (USA) N.A.,   PO Box 182149,   Columbus, OH 43218-2149
10981236    +Citibank South Dakota  N.A.,   dba Sears,   PO Box 182149,   Columbus, OH 43218-2149
10895621    +First National Bank & Trust,   345 E. Grand Avenue,   Beloit, WI 53511-6226
10941657    +Household Bank (SB) NA Best Buy Co Inc,   % Bass & Assoc PC,   3936 E Ft Lowell Rd  Ste 200,
              Tucson, AZ 85712-1083
11022798    +Household Bank (SB), N.A./Best Buy Co. Inc,   eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
10895622     JCPenney,   P.O. Box 981403,   El Paso, TX 79998-1403
10895623     Kohl's,   P.O. Box 3043,   Milwaukee, WI 53201-3043
11024112    +Kohls/Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
10895624     Lowe's,   P.O. Box 981064,   El Paso, TX 79998-1064
10974368    +Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10967099    +Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10974371    +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10895625    +Rockford Health Physicians,   Anesthesiology Services,   6785 Weaver Road, Suite D,
              Rockford, IL 61114-8055
10895626    +Rockford Health Physicians,   Dr. Daniel Sweet,   351 Executive Parkway,
              Rockford, IL 61107-5339
10895628    +Rockford Memorial Hospital,   Pathologists,   2400 N Rockton,   Rockford, IL 61103-3655
10895627    +Rockford Memorial Hospital,   2400 N. Rockton AVenue,   Rockford, IL 61103-3681
10895629    +Rockford Radiology,   6885 Vistagreen Way,   Rockford, IL 61107-5657
10895630     Sears,   P.O. Box 6922,   The Lakes, NV 88901-6922
10895631     Target,   c/o Target Credit Services,   P.O. Box 1581,   Minneapolis, MN 55440-1581
10895633    ++WASINGTON MUTUAL BANK FA,   3990 S BABCOCK STREET,   MAILSTOP MB0119FL,   MELBOURNE FL 32901-8212
             (address filed with court: Washington Mutual,   Consumer Lending Support MB0118FL,
              P.O. Box 3990,   Melbourne, FL 32901)
10895632     Wal*Mart,   P.O. Box 981064,   El Paso, TX 79998-1064
11006166    +Washington Mutual Bank,   Mail Stop MB0119FL,   3990 S Babcock St,   Melbourne, FL 32901-8212
10895634     Washington Mutual Home Loans,   P.O. Box 3139,   Milwaukee, WI 53201-3139
The following entities were served by electronic transmission on Sep 21, 2007.
11101215    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Sep 21 2007 03:18:41
              B-Line, LLC/Target National Bank,Target,Visa,   (f.k.a. Retailers National Bank),
              Mail Stop 550,   2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
10895613     E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 21 2007 03:18:35      Bank of America,
              P.O. Box 1390,   Norfolk, VA 23501-1390
10895612     E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 21 2007 03:18:35      Bank of America,
              FL9-600-02-26,   P.O. Box 45224,   Jacksonville, FL 32232-5224
10895620     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2007 03:19:00      Discover,   P.O. Box 15192,
              Wilmington, DE 19850-5192
10969519    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2007 03:19:00
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, Il 61108-2579
10895617*    Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
10895618*    Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
                                                                                             TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Sep 20, 2007
Case: 06-71606                Form ID: pdf002          Total Served: 38

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2007**          **Signature:**    _Joseph Speetjens_