UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| MARY ANN MCRICKARD, | ) | Case No. 06-71606 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

/S/ JAMES E. STEVENS
TRUSTEE, JAMES E. STEVENS

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: January 22, 2008

WILLIAM T. NEARY,
United States Trustee

By: _____
Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2007 through November 30, 2007

Account Number: **000312976871466**

## CUSTOMER SERVICE INFORMATION

Service Center:      1-800-634-5273

00015062 DBI 802 24 33707 - NNN  1 000000000 60 0000
06-71606 MCRICKARD MARY ANN
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $2,500.69 |
| Checks Paid | 2 | - 2,500.69 |
| **Ending Balance** | 2 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 11/01 | $2,031.24 |
| 108 * | 11/01 | 469.45 |
| **Total Checks Paid** |  | **$2,500.69** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/01 | $0.00 |

**JPMorganChase**

June 01, 2007 through June 29, 2007
Account Number: **000312976871465**

**IMAGES**

ACCOUNT # 000312976871465



009170758351 JUN 14 #0000001001 $12.19



009170758351 JUN 14 #0000001001 $12.19



JPMorganChase

September 29, 2007 through October 31, 2007
Account Number: 000312976871466

IMAGES

ACCOUNT # 000312976871466



0086707554403 OCT 26 #000000010I $827.00



0086707554404 OCT 26 #000000010Z $1,401.29

**JPMorganChase**

September 29, 2007 through October 31, 2007

Account Number: **000312976871466**

ACCOUNT # 000312976871466



009070337993 OCT 31 #0000000103 $591.93



009070337993 OCT 31 #0000000103 $591.93



009070337994 OCT 31 #0000000105 $489.11



009070337994 OCT 31 #0000000105 $489.11



**JPMorganChase**

November 01, 2007 through November 30, 2007
Account Number: **000312976871466**

**IMAGES**

ACCOUNT # 000312976871466



008970189384 NOV 01 #0000000104 $2,031.24



008970189384 NOV 01 #0000000104 $2,031.24



008570432195 NOV 01 #0000000108 $469.45



008570432195 NOV 01 #0000000108 $469.45



JPMorganChase

September 29, 2007 through October 31, 2007

Account Number: **000312976871466**

ACCOUNT # 000312976871466




009070337995 OCT 31 #0000000106 $366.80



009070337995 OCT 31 #0000000106 $366.80



008670738608 OCT 31 #0000000107 $323.91



008670738608 OCT 31 #0000000107 $323.91